UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Mark P. Sennott, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> Edward S. Adams, *et al.*, <br><br> Defendants, <br><br> and <br><br> Apollo Diamond, Inc., <br><br> Nominal Defendant. | No. 6:13-cv-02813-BHH |

**ORDER GRANTING JOINT MOTION FOR FINAL
APPROVAL OF SETTLEMENT OF DERIVATIVE ACTIONS**

Pursuant to the Parties' Joint Motion for Final Approval of the Settlement of Derivative Actions (the "Joint Motion"), and good cause appearing, it is HEREBY ORDERED that the Parties' Stipulation of Dismissal of the Derivative Actions with Prejudice (the "Settlement"), ECF No. 47-2, is fair, adequate, and reasonable, and thus approved. *See* Fed. R. Civ. P. 23.1. The Court has considered various factors, including, among others, the nature of the negotiations, the risk of future expense associated with litigation, and the benefits secured for shareholders. Pursuant to the Settlement, which terms are incorporated by reference herein, this derivative action is hereby dismissed with prejudice.

IT IS SO ORDERED.

s/Bruce Howe Hendricks
United States District Judge

February 12, 2015
Greenville. SC