AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Mark P. Sennott,

*Plaintiff*

v.  )   Civil Action No.    6:13-cv-02813-BHH
)
)
Edward S Adams; Michael R. Monahan; Adams  )
Monahan, LLP; Loblolly, Inc., f/k/a Scio Diamond  )
Technology Corporation; Scio Diamond Technology
Corporation, f/k/a Krossbow Holding Corporation;
John Does 1-10,

*Defendants*

and

Apollo Diamond

*Nominal Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: It is ordered that this case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks.

Date:   January 20, 2015            *ROBIN L. BLUME, CLERK OF COURT*

                                                       s/Ashley Buckingham
                                      _____
                                          *Signature of Clerk or Deputy Clerk*